UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JERMAINE DODD<br>    a/k/a JERMAINE D'SHANN DODD,<br><br>                    Plaintiff,<br><br>                    v.<br><br>OFFICER SMITH Mr., Correctional Officer,<br><br>                    Defendant. | No. 2:18-cv-00223-JPH-MJD |

## ORDER DISMISSING ACTION AND
## DIRECTING ENTRY OF FINAL JUDGMENT

Pursuant to the parties' joint stipulation of dismissal with prejudice filed December 12, 2019, dkt. [139], this action is **dismissed** with prejudice. Final judgment consistent with this Order shall now enter.

**SO ORDERED**.

Date: 12/19/2019

                                                        James Patrick Hanlon
                                                        United States District Judge
Distribution:                                     Southern District of Indiana

Jermaine Dodd
112883
Indiana State Prison
Electronic Service Participant – Court Only

Andrea Lynn Ciobanu
Ciobanu Law, PC
aciobanu@ciobanulaw.com

Ryan J. Guillory
Office of Attorney General Curtis Hill
Ryan.J.Guillory@msth.com

Marley Genele Hancock

Indiana Attorney General
marley.hancock@atg.in.gov

Ilene M. Smith
Indiana Attorney General
Ilene.Smith@atg.in.gov